**No. 44151.**—Protest 997888–G of Kurt Koesel (Los Angeles).

Opinion by KEEFE, J. At the trial certain white plates were admitted in evidence and it was agreed between counsel that they consist of earthenware, plain white, not painted, colored, tinted, stained, enameled, gilded, printed,

ornamented, or decorated in any manner. The claim at 45 percent ad valorem and 10 cents per dozen under paragraph 211 was therefore sustained as to these plates.